Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

Civil Division

| | |
|---|---|
| Eaz Chay Jr. | Case No. _____ |
| | *(to be filled in by the Clerk's Office)* |
| _____ | |
| ***Plaintiff(s)*** | Jury Trial: *(check one)* ☑ Yes ☐ No |
| *(Write the full name of each plaintiff who is filing this complaint.* | |
| *If the names of all the plaintiffs cannot fit in the space above,* | |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| **–v–** | |
| Jose A. Montiel # 9370 | |
| Edgar Hernandez # 9012 | |
| _____ | |
| ***Defendant(s)*** | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Eaz Chay Jr. |
| Address | 707 W. Starr Ave. |

| | | |
|---|---|---|
| Pharr | Tx | 78577 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Hidalgo |
| Telephone Number | (956) 510-6732 |
| E-Mail Address | eazcha7@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Jose A. Montiel # 9370 |
| Job or Title *(if known)* | Police Officer |
| Address | 1900 S. Cage Blvd. |

| | | |
|---|---|---|
| Pharr | Tx | 78577 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Hidalgo |
| Telephone Number | (956) 402-4700 |
| E-Mail Address *(if known)* | |

☑ Individual capacity   ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Edgar Hernandez # 9012 |
| Job or Title *(if known)* | Police Office |
| Address | 1900 S. Cage Blvd. |

| | | |
|---|---|---|
| Pharr | Tx | 78577 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | Hidalgo |
| Telephone Number | (956)402-4700 |
| E-Mail Address *(if known)* | |

☑ Individual capacity   ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
    Name                      _____
    Job or Title *(if known)*     _____
    Address                _____

                                      *City*           *State*         *Zip Code*
    County                 _____
    Telephone Number       _____
    E-Mail Address *(if known)*   _____

    ☐ Individual capacity     ☐ Official capacity

Defendant No. 4
    Name                      _____
    Job or Title *(if known)*     _____
    Address                _____

                                        *City*           *State*         *Zip Code*
    County                 _____
    Telephone Number       _____
    E-Mail Address *(if known)*   _____

    ☐ Individual capacity     ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    First Amendment, (Freedom to petition), Fourth Amendment (Searches and Seizures), Eight Amendment (Cruel and unusual punishment)
    The George Floyd Justice in policing Act (2021), (Banning Choke holds),

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

On and after the 8/26/2021 Office Jose A. Montiel Willfully, knowingly and Intentionally Assaulted and Attacked Mr. Eaz Chay Jr. Depriving Mr. Eaz Chay Jr. from is rights under color of law and under penal code chapter 39 section official oppressions, 39.06 Misuse of official information.
On and after 8/26/2021 Officer Edgar Hernandez willfully and knowingly and intentionally Misuse official information Fixing Case # 3 Attempt to take a weapon from the police officer, Fixed Case # 2 Driving

III.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and·write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?
6619 Jackson rd. Pharr, Texas 78577

B.   What date and approximate time did the events giving rise to your claim(s) occur?
The date was 8/26/2021 and was around 1:30AM

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
officer Jose A. Montiel # 9370 willfully, Knowingly and Intentionally illegally arrested Mr. Eaz Chay Jr. then Officer Jose A. Montiel # 9370 Illegally Chokes Mr. Eaz Chay Jr. then the officer Slams Mr. Eaz Chay Jr. Face on the ground, then Officer Jose A. Montiel Punched Few times on the Face Mr. Eaz Chay Jr. was telling the officer that he was assaulting Mr. Eaz Chay Jr. Officer Jose A. Montiel Willingly, knowingly and intentionally while Mr. Eaz Chay Jr. is on his back Take his pharr police issued pistol and pistol-whipping Mr. Eaz Chay Jr. on the right side of his head. Officer Jose A. Montiel # 9370 keept with the attacks and illegal choking technique Mr. Eaz Chay Jr. was telling him in Spanish ("Me estas Ahorcando" "Me estas ahorcando") (" you are choking me" "you are Choking me"). Officer Edgar Hernandez # 9012 know Mr. Eaz Chay Jr. From 8/6/2013 he is friends from the instigator Jorge Rodriguez. Mr. Eaz Chay Jr. was attaked for been a sex offender causing Mr. Eaz Chay Jr. severe injuries to his hand, shoulders, back, C- spine and other part. he complaint to the Pharr police department obstructions of justice·and doctors negligence. Officer Edgar Hernandez Protecting his friend Jose A. Montiel # 9370 from the police misconduct and using their "Blue Code of Silence" lying on

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mr. Eaz Chay Jr. Have sustained scars and permanent injuries to both his knees, hands, shoulders and neck C-spine and body.

Mr. Eaz Chay Jr. Have been falsely jailed for more that 20 day illegallly.

Mr. Eaz Chay Jr. Is in Debt with medical Bills and have spend on bail bonds and attorney fees to fight several systematic  gang related illegal police misconduct by Pharr police department and its deficient quality of training of it  officials on the Constitution, illegal Choke hold, illegal stops and frisk Corruption and fraud.

Mr. Eaz Chay Jr. claims that he have been in state of paranoia and traumatize from the Continued illegal arrest and infliction of severe pain and suffering by the police department and its officers.

Mr. Eaz Chay Jr. injuries were left untreated by the Pharr police department crime victims working with local doctors and hospitals from a second operation on his hand ligaments ruptures from the previous attacks and the obstruction of justice and retaliation done by Pharr police department and its officers and associates depriving Mr. Eaz Chay Jr. From his Constitutional Right Guaranteed by the United State Constitution of the United States of America.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Mr. Eaz Chay Jr. Prays to this Court and is requesting a Jury trial on this matter.

Mr. Eaz Chay Jr. is requesting actual damages

Mr. Eaz Chay Jr. is Requesting Compensatory Damages.

Mr. Eaz Chay is requesting punitive damages

Mr Eaz Chay is requesting for this court to make this police pattern of practice behavior to stop enforcing law to destroy corruption, fraud and other Systematic unconstitutional civil rights Violations and behavior done by the department and its officer.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff   Eaz Chay Jr.

### B.   For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

| | City | State | Zip Code |
|---|---|---|---|

Telephone Number _____

E-mail Address _____

Eaz Chay Jr.

707 W. Starr Ave.

Pharr, Texas 78577

## Complaint

This is a civil action seeking redress for the deprivation of fundamental rights guaranteed by the United States constitution and Texas constitution. The Plaintiff Mr. Eaz Chay Jr. A Mexican-American who had committed no wrong was a subject to illegal racial profiling discrimination, harassment systematic, selective enforcement, Continuous arrest, false arrest, Illegal Search and seizures, abuse of power, Cruel and usual punishment, excessive force, fabrication of evidence, case fixing, aggravated perjury, Fraud, corruption, Lying on police reports, Pharr police officer Jose A. Montiel # 9370 Did all without cause or reasonable suspicious.

Officer Jose A. Montiel was assisted by his fellow friend and officer Edgar Hernandez # 9012 who condone and rectify it and support it this manifestly illegal conduct and fail to refuse to intervene to stop the officer illegal unconstitutional and outrageous conduct.

It is a basic right of a person in the United States to travel freely without being seized by an arms police of the state Officer Jose A. Montiel #9370 without just cause, a right denied by Officer Jose A. Montiel because he's a Spanish speaker and he's sex offender.

After ceasing Mr. Eaz Chay Jr. and depriving him from his liberty, officers Subjected Mr. Eaz Chay Jr. an illegal frisk and search, police brutality and in which was uncover no contraband the officer used "the blue code of silence" By lying on the reports and fixing cases #3 Attempt to

take the weapon from a police officer, case Fixing # 2 DWI, case fixing # 1 resisting arrest.

Failure to investigate the officers is evidence of the rectification acceptance of this gross

misconduct by the Pharr police Department.

### Nature of action

1. This is an action arising under the United States constitution and the 42 USC 1983 and 1985

of the Texas declaration of rights and the Texans common law.

2. Officer Jose A. Montiel #9370 intentionally and maliciously seize plaintiff's property

without just cause, searching him, and attacking him without probable cause.

3. Officer Jose A. Montiel intentionally and maliciously pistol-whipped the plaintiff in the

head without cause in the right side of the plaintiff head making him dizzy while the officer kept

attacking and punching disregarding of the laws and the constitution of the United States.

4. Officer Jose A. Montel intentionally and maliciously put Mr. Eaz Chay Jr. the plaintiff on

chokehold the plaintiff and trying to kill the plaintiff utilizing the illegal chokehold techniques

three times, the plaintiff it's in fear of his life and liberties given and protected by the constitution

of the United States of America.

5. Officer Edgar Hernandez # 9012 and officer Jose A. Montiel both from the Pharr police department then fabricated evidence and fix case #3 attempt to take a weapon from the police, fix case #2 DWI and fix case #1 resisting arrest. This was done to inflict pain and suffering to the to the plaintiff and that he would not exercise or to punish him for exercising, his right to freedom of speech and freedom to petition the government to redress and in a pretextual attempt to justify their improper conduct.

## Jurisdiction and venue

1. These complaint secures the remedy pursuant to 42 USC section 1983, 1985 and 1988. Alleging violations of the First Amendment, 4th amendment, violation of the 8th amendment, 14th amendment and 42 USC 14141 of the constitutional United States of America as well as a law of the state of Texas.

2. Jurisdiction is conferred upon this honorable court pursuant to 28 USC section 1331, 1343 and 1367.

3. Venue proper before this honorable court pursuant to 28 USC section 1391(b) because a substantial part of the acts or omission given rice to the claims herein occur within this judicial district.

4. in any action or proceeding to enforce a 42 USC 1983 and 1985. The court in its discretion may allow the prevailing party reasonable fees as part of the cost against the act of omission

taken by the officers on their official capacity such officers should be liable for any cause including attorney fees.

**Parties**

1. Plaintiff is Eaz Chay Jr. and is a resident at 707 W star Ave. Pharr, Texas 78577.


2. Defendant officer Jose A. Montiel # 9370 whom plaintiff sues in his individual and official capacities, is and was at all times relevant to this proceeding an officer for the Pharr Police Department and acted at all times relevant herein under color of Texas law and the Constitution and his capacities has an agent and employee for Pharr police department and the city of Pharr, Texas.


3. Defendant officer Edgar Hernandez # 9012 whom the plaintiff sued in his individual capacity and official capacity, is and was at all times relevant to this proceeding an officer for the far Police Department and acted at all times relevant hearing under color or Texas law and the constitution in his capacity has an agent and employee for the far Police Department and the city of Pharr, Texas.


4. Defendant Pharr Police Department is a local government agency that employs and employees at all time relevant to this proceeding, officer Jose A. Montiel and officer Edgar Hernandez # 9012 and administered a set of law enforcement policies, practices and customs involving the hiring, training, and supervision of its police officers and covering illegalities

fixing cases, using the use of force and illegal searches and seizures encounters in the course of officers duties.

**Facts**

1. This complaint is made against Pharr Police Department and its officers Jose A. Montiel # 9370 and co-conspirator officer Edgar Hernandez # 9012 Mr. Eaz Chay Jr. claim that the department and its officers have been retaliating, harassing, humiliated and obstructing justice for Mr. Eaz Chay Jr. violating his constitutional civil rights Mr. Eaz Chay Jr. is in fear of the Pharr Police Department and police officers on the constant human right violations that they are considerably affecting Mr. Eaz Chay Jr. Life and liberty. Mr. Eaz Chay Jr. Have been in constant deprivation of life under color of law protected under 42 USC 1983 and 1985.

2. Mr. Eaz Chay Jr. states that before this complaint Mr. Eaz Chay Jr. have been fighting criminal cases because of this illegal arrest, false imprisonment, police brutality, case fixing, excessive force, false Arrests, unlawful stop, abuse of power from racial profiling, corruption, and fraud, the officer fixed case #1 resisting arrest, case fixed #2 DWI, and case fixing #3 attempt to take a weapon from my officer.

3. On June 26, 2021, Mr. Eaz Chay Jr. witness of the deprivation of his constitutional rights protected by 42 USC 1983 false arrest, excessive force, witness tampering, aggravated perjury, racial profiling, illegal searches and seizures, falsification of evidence and false imprisonment.

4. Mr. Eaz Chay Jr. Is in fear from the Pharr police illegal tactics and illegal methods of operation within the department to deprive someone of special class of Mr. Eaz Chay Jr. from

his life freedom and liberties protected by the constitution of the United States of America and the title 42 USC 1983.

5. On June 26, 2021, Officer Jose A. Montiel # 9370 illegally arrested Mr. Eaz Chay Jr. depriving Mr. Eaz Chay Jr. of his Constitutional rights under color of law.

6. On June 26, 2021 officer Jose A. Montiel # 9370 use a chokehold, carotid artery hold, or similar neck restraint on Mr. Eaz Chay Jr. Officer Jose A. Montiel # 9370 was trying to choke and kill Mr. Eaz Chay Jr. by using prohibited chokehold in violation of HR1280 George Floyd justice in policing act 2021, Texas bill 87(R)SB69, the Texas Criminal Code procedure article 2033(2021, Texas office occupational code section 1701.2551 basic training prohibition of chokeholds, Texas occupational code 1701.269 training program and policy basic training banning of chokeholds Violations.

7. Mr. Eaz Chay Jr. claims that he was battling for his life, that he was tired from the excessive force inflicted upon him. Mr. Eaz Chay lives in constant fear of his life and constant depravation of freedom guaranteed by the Constitution Of the united State of America. Mr. Eaz Chay Jr. was in a state of asphyxiation by the illegal choking techniques used by officer Jose A. Montiel # 9370.

8. Mr. Eaz Chay Jr. Claims that officer Jose A. Montiel #9370 was on top of Mr. Eaz Chay Jr. Back while Mr.Eaz Chay Jr.  was bleeding from his nose and other areas of his face and body cuts inflicted by the officer Jose A. Montiel # 9370 also, cutting Mr. Eaz Chay breathing. Mr.

Eaz Chay Jr. claimed that he was telling several times that he was choking in Spanish (Me estas ahorcando) (Me estas ahorcando) You are choking me, you are choking me. He was using chokehold techniques prohibited oh in violation under HR 1280 George Floyd justice in policing act 2020, Texas bill 87 R SB67, Texas Code criminal procedures article 2033(2021), The Texas occupational code section 1701 section 2551 basic training prohibition of chokeholds, the Texas occupational section 1701.269 training programs and policy basic banning of chokehold.

9. Officer Jose A. Montiel # 9370 was constantly teasing, Chocking, punching, slapping and forcing Mr. Eaz Chay Jr. The false arrest by using vulgar language by forcing Mr. Eaz Chay Jr. into fighting back but,  Mr. Eaz Chay Jr. claimed that he cannot fight back because Officer Jose A. Montiel Is the law but, the officer was acting from his freedom.

10. Mr. Eaz Chay Jr. claims telling the officer Jose A. Montiel # 9370 after punching Mr. Eaz Chay Jr. in the face by officer Jose  A. Montiel that he was assaulting Mr. Eaz Chay Jr. instead he disregarding the laws  and the violations, injuries inflicted upon Mr. Eaz Chay Jr. All in violations of the 42 U.S.C. 1983 and the constitution of the United States Of America. Officer Jose montiel kept hitting and punching Mr. Eaz Chay Jr. then he impacted with force turning Mr. Eaz Chay Jr.  around face down then officer Jose A. Montiel #9370 takes his Pharr police issue gun and impact Mr. Eaz Chay jr.  intentionally with malice with intent to harm Mr. Eaz Chay Jr. in the in the right side of his skull violating Mr. Eaz Chay Jr. Constitutional civil right protected the constitution of the United Satates of America.

11. Officer Jose A. Montiel # 9370 always escalating the situation while Mr. Eaz Chay Jr. was telling to officer Jose A. Montiel # 9370 that he was not resistant. Officer Jose A. Montiel started fabricating the attempt to take a weapon from an office and was telling Mr. Eaz Chay Jr. to stop reaching toward his gun while Mr. Eaz Chay Jr..was constatelly on his back and with no way of reaching towards the officer's gun after several punches in impacts on his nose on Mr. Eaz Chay Jr. nose, face, neck and the impact of the gun on the right side of Mr. Eaz/Chay skull had Mr. Eaz Chay Jr. In state of alertness a life and death situation.

12. Officer Jose A. Montiel # 9370 grabs Mr. Eaz Chay Jr. from the neck and put Mr. Eaz Chay Jr. on the chokehold again choking Mr. Eaz Chay Jr, for a second time.

13. Mr. Eaz Chay Jr. claims that he tried to deescalate the situation because Mr. Eaz Chay Jr. had already been illegally arrested by the Pharr police in the same manner and Mr. Eaz Chay Did not wanted to get hurt again but, officer montiel always was trying to tease him punching pushing and choking and creating the illegal arrest and inflicting pain and emotional distress to Mr. Eaz Chay Jr.

14. Before officer Edgar Hernandez #9012 arrived on his patrol unit officer Jose A. Montiel # 9370 Puts Mr. Eaz Chay Jr. On chokehold for a third time on that illegal arrest.

15. Officer Jose A. Montiel # 9370 and Officer Edgar Hernandez conspired to fabricate the attempt to take a weapon on Mr. Eaz Chay Jr.

16. Mr.Eaz Chay Jr. claims the officers were pulling Mr. Eaz Chay Jr. right hand towards the gun fixing case #3 attempt to take a weapon from the police officer.

17. Mr. Eaz Chay Jr. claims that officer Edgar Hernandez # 9012 wrote the police report lying and protecting his fellow officer from the police brutality, excessive force inflicted on Mr. Eaz Chay jr.  and while they using the "The blue code of silent" to protect their illegal misconduct.

18. Mr.Eaz Chay Jr. claims that after Officer Edgar Hernandez # 9012 used parallel construction on Mr. Eaz Chay Jr. evidence and material document evidence to protect officer Jose A Montiel #9370 police misconduct then officer Edgar Hernandez gave the fabricated document  a fixed case report for officer Jose A. Montiel signature. One officer makes the illegal arrest and brutality, while the other officer Edgar Hernandez #9012 conspired to protect his fellow officer fixing the report using the "blue code of silence"

19. Mr. Eaz Chay Jr. claims that these agencies South Texas college, Pharr Police Department, and the municipality are not working according to the constitution, rules and policies before this agencies merged together Mr. Eaz Chay  Jr. have already been on attack by this institutions and  victim by South Texas College  cadets working with Pharr police department  in  another similar case like this  police misconduct complain that constitute a pattern or practice by the Police Department and its police officers that have illegal tactics and

gang operated style and working under a "wall of silence" "Blue Code of silence" with officers

that are acting under color of official law".

20. Mr. Eaz Chay Jr. claims that the police training of officers is not respecting the Texas

and United States constitutional law and violations resulted in injuries all in violation of 42

USC 1983, 1985.

**Claim for Relief**
**42 USC 1983 and 1985**
**Count # 1**
**Violation of the 4th amendment**
**Violation of the Texas constitution article 1 section 9**
**(Searches and seizures)**

The preceding paragraph 1-20 are incorporated herein by reference:

1. The traffic stop was baseless officer Jose A. Montiel had not objective reasonable

suspicious or basis to believe that the plaintiff Mr. Eaz Chay Jr. was committing any traffic

offense.

2. The traffic stop was wrongful and constituted a seizure.

3. always relevant here too, plaintiff Eaz Chay Jr. had a right clear established under the 4th

amendment to the constitution and enforceable against the state through the due process clause of

the 14th amendment to be free from unreasonable searches and seizures of Mr. Eaz Chay jr. or

when he was not driving even driving violated this right.

4. On June the 26, 2021 Officer Jose A. Montiel # 9370 had no articulated facts to support a recent suspicious that Mr. Eaz Chay Jr. Had engaged, was in the process of engaging, or was about to engage in any violations of law.

5. Officer Jose A. Montel # 9370 acted with sufficient malice for punitive damage issue under the Texas law. Officer Jose A. Montiel # 9370 acted with actual malice in the decision to frisk Mr. Eaz Chay Jr. While his vehicle is on a complete stop and he is out of his vehicle the illegal search and seizure was motivated by an improper motive, racial bias profiling and discrimination.

6. Coextensively; In addition, officer Jose A. Montiel # 9370 acted with sufficient state of mind of punitive damage to the issue under 42 US section 1983 and Texas constitution article I section 9 (searches and seizures). Officer Jose A. Montiel # 9370 acted with evil motive or reckless or callous indifference to Mr. Eaz Chay jr. federally protected rights.

7. Officer Jose A. Montiel # 9370 frisk and seized Mr. Eaz Chay Jr. while acting under color of Texas law and violated Mr. Eaz Chay Jr. federal rights under the 4th amendment to the United states constitution and is liable to the plaintiff Eaz Chay Jr. under 42 USC 1983 and the Texas constitution article 1 of the Bill of Rights section 9 searches and seizures and is denied government immunity and is additionally liable to Mr. Eaz Chay Jr. under the Texas constitution

in the United states constitution. Mr. Eaz Chay Jr. suffered damages including economic and noneconomic injuries as the consequences of the violations.

## Count # 2
## Intentional infliction of emotional distress

The preceding paragraph 1 through 20 are incorporated herein by reference;

1. Officer Jose A. Montiel acted intentionally by subjecting Mr. Eaz Chay Jr. to police brutality conduct that was extreme and outrageous.

2. Officer Jose A. Montie # 9370 acted with actual malice by slamming, choking, punching, and pistol-whipping Mr. Eaz Chay Jr. without reasonable suspicion of a crime.

3. Officer Edgar Hernandez # 9021 acted with actual malice in conspiring with officer Jose A. Montiel # 9021 to intentionally inflict pain and emotional distress by fixing cases against Mr. Eaz Chay to deprive from his freedom and liberties protected under the Texas Constitution and the United States of America Constitution.

## Count # 3
## 42 USC 1983 and 1985
## 8th amendment violations
## Texas constitutional article I section 13
## Cruel and unusual punishment.

The preceding paragraph 1-20 are incorporated herein by reference;

1. Office is liable for the cruel and unusual punishment inflicted to Mr. Eaz Chay Jr. and that is protected by the 8th amendment of the United States constitution and the Texas constitution article I section 13 cruel and unusual punishment.

2. Officer Jose A. Montiel #9370 willfully and with malice attempted to frame Mr. Eaz Chay Jr. after officer Jose A. Montiel # 9370 Choked, Punch, slammed to the ground, and pistol – whipped Mr.Eaz Chay Jr. on the right side of his Skull.

**Count #4**
**42 USC 1983 and 1985**
**Failure to train and failure to supervise.**

The preceding paragraph 1-20 are incorporated herein by reference;

1.  The city and the Pharr Police Department are liable pursuant to 42 USC 1983 for the failure to train their officers not to engage in illegal traffic stops on the basis of racial profiling, continuous arrest, and selective enforcement and choke holds.

2.  The need on training to eradicate the corruption practices within the department in racist biases, biases, illegal traffic stops are known course of conduct by law enforcement having manifest potential for constitutional deprivation to persons on the basis of race origin, color, religion, sex, national origin, biases.

3.  A legal traffic stops and the acts of disregarding and the humanization that can only occur if an officer holds a deep-rooted racial bias or biases against the people he's to serve and believes that his conduct has at least the tactical approval of his employer the comma the approval conveys in part by the failures to train.

4.  The need on training to prohibit chokeholds illegal searches and seizures, assaults, and pistol whipping is obvious, has the authority granted to the police searches and seizures is subject to the limitation which constitutionally Violations are certain to occur.

5.  The Pharr Police Department failure to train constitutes deliberate indifference and causes constitutional violations and injuries complained herein.

6.  The failure to write appropriate reports under oath which constitutes the failure to train appropriately on writing true reports under oath constitute a tort of law negligence failure to supervise for all the state and constitutional violations committed but officer Edgar Hernandez # 9021and officer Jose A. Montiel # 9370 allege herein.

7.  The city and the Police Department failure to train on the banning and prohibition against intentional use of chokehold, carotid artery holds, or similar neck restraints by peace officer in searches or seizures.

**Count # 5**
**42 USC 1983 and 1985**
**Excessive force Violations**

The preceding paragraph 1 through 20 and incorporated herein by reference;

1. Officer Jose A. Montiel acted intentionally by subjecting Mr. Eaz Chay Jr. to excessive forced conduct that was extreme and outrageous.

2. Officer Jose A. Montiel acted with malice by slamming, choking, punching, case fixing, and pistol-whipping Mr. Mr. Eaz Chay Jr. without reasonable suspicion or a crime.

**Count # 6**
**42 U.S.C. 1983 and 1985**
**"Continuous arrest"**
**Texas constitution article one section 13 cruel and unusual punishment**
**Texas constitution article one section 19 deprivation of life.**

Preceding paragraph 1 through 20 are incorporated herein by reference;

1. Officer Edgar Hernandez # 9021 had appeared in all Mr. Eaz Chay Illegal arrest.

2. Mr. Eaz Chay Jr. claims he had complained against crime victim, Pharr police department, and doctors. has a result of Mr. Eaz  Chay Jr. has been the subject of illegal continual arrest and retaliation.

3. As a result, Mr. Eaz Chay Jr. had been deprived from his liberties under Texas constitution sections 13, Texas constitution article one section 19 and 42 USC 1983 and 1985.

4. has a result the defendants mentioned should be liable for the deprivation of life and liberties guaranteed under 42 U.S.C. 1983, 1985 and the constitution of the United States of America.

**Count #7**
**42 USC 1983 and 1995**
**Falsifying evidence**

The preceding paragraph 1 through 20 are incorporated herein;

1. Officer Jose A. Montiel #9370 and officer Edgar Hernandez #9021 conspired to deprive Mr. Eaz Chay Jr.  from his Constitutional right by lying on police reports and falsifying evidence to deprive Mr. Eaz Chay Jr. From his freedoms and liberties under color of state law.

2. Officer Edgar Hernandez # 9021 acted with intent to protect his fellow officer from the police misconduct Officer Edgar Hernandez # 9021 lied and fixed the police report fabricating a driving under the influence report, resisting arrest and attempt to take a weapon from the police officer false reports.

3. Officer Edgar Hernandez #9021 and Officer Jose A. Montiel are liable for that deprivation of liberties done to Mr. Eaz Chay Jr. and the Pharr police officers lack in specialized police training are the reasons for Mr.Eaz Chay Jr. Injuries.

# Count # 8
## 42 USC 1983 and 1985
## George Floyd on policing act 2021 violations
## Texas Bill 87(R)SB69 (Illegal Chokeholds) Violations

The preceding paragraph 1 through 20 are incorporated herein by reference;

1. Officer Jose A. Montiel # 9370 willfully and knowingly and with intent to harm or kill Mr. Eaz Chay Jr. officer Jose A. Montiel choked Mr. Eaz Chay Jr. three times on the illegal arrest on June the 26, 2021 in violation of George Floyd on policing 2021 and The Texas Bill 87(R)SB69 (illegal chokeholds).

2. Officer Jose A. Montiel #9370 with disregard the law and with motive to inflict pain to Mr. Eaz Chay Jr. while Mr. Eaz Chay Jr.is choking he continued telling to the officer in Spanish ("Me estas Ahorcando") ("Me Estas Ahorcand")( " you are Choking me") ("You are Choking me') officer Jose A. Montiel #9370 was not respecting the law he kept just kept choking, punching, slapping Mr. Eaz Chay jr. again and again:

**Count # 9**
**42 USC 1985**
**Conspiracy to deprive**

The preceding paragraph 1 through 20 are incorporated herein by reference;

1. Officer Edgar Hernandez # 9021 used the "blue code of silence "and corruption with officer Jose A. Montiel #9370 by protecting officer Montiel from the police misconduct while officer Edgar Hernandez # 9021 himself was making a fraudulent police report to protect officer Montiel and signature and to deprive Mr. Eaz Chay Jr. From his liberty under color of Texas law.

2. Officer Edgar Hernandez and Officer Jose A. Montiel conspire against Mr. Eaz Chay Jr. to violate his constitutional right and deprive Mr. Eaz Chay Jr. from his freedom and liberty granted by the constitution of United States.

3. Officer Edgar Hernandez # 9021 and Officer Jose A. Montiel should be liable under their individual capacity and official capacity for the damages caused in violation of 42 USC 1983 and 1985.

**Count # 10**
**42 USC 1983 and 1985**
**"Case fixing #3"**
**Attempt to take a weapon from an officer**

The preciding paragraph 1 through 20 are incorporated herein by reference;

1. Officer Edgar Hernandez # 9021 conspire with intent to harass and with malice to frame and fixed case against Mr. Eaz Chay Jr. with the help of his fellow officer Jose A. Montiel with intent to deprive Mr. Eaz Chay Jr. from his freedom and everything is guaranteed by the constitution of the United States of America.

2. Both officers should be liable under 42 USC 1983 and 1985 for the fabrication of evidence in case fixing on the color of law to deprive someone from his liberties.

**Count #11**
**42 USC 1983 and 1985**
**"Case fixing #2"**
**Driving while intoxicated**

The preceding paragraph 1 through 20 are incorporated herein by reference;

1. Officer Jose A. Montiel # 9370 in cooperation with his fellow officer Edgar Hernandez #9021 fixed case # 2 DWI driving with a with an influence or intoxication.

2. Both officers lied under oath and fixed cases against Mr. Eaz Chay Jr. depriving the freedoms and liberties under the constitution of the United States of America.

**Count #12**
**42 USC 1983 and 1985**
**"Case Fixing" #1**
**"Resisting arrest"**

The preceding paragraph 1 through 20 are incorporated herein by reference;

1. Officer Edgar Hernandez #9021 conspired with Officer Jose A. Montiel #9370to fix a case resisting arrest in attempt to take the freedoms and liberties from Mr. Eaz Chay Jr. in violation of 42 USC 1983 and 1985.

2. Officer Edgar Hernandez #9021 lied under oath and fixing case on Mr. Eaz Chay Jr. To take away his freedom and liberty is guaranteed by the constitution of the United States.

3. Both officers should be liable for the oppression and corruption within the Pharr police department.

## Prayer and relief

Wherefore, plaintiff Eaz Chay Jr. prays for judgment as follow:

a) An award for compensatory damages against officer Jose A. Montiel # 9370 and officer Edgar Hernandez # 9021 and the Pharr Police Department on the amount determined at trial.

b) An award for punitive damage against the defendant officer Jose A. Montiel and officer Edgar Hernandez in amount to be determined at trial.

c) On An award of plaintiff cost and reasonable attorney fees in this action pursuant to 42 USC 1983, 1985 and 1988.

d) Appropriate relief, including the implementation of training protocols to prevent and effectively discipline the conduct complaint hearing.

e) An order granting such other reliefs has this court deemed just improper.

## Demand for jury trial

Plaintiff's request by jury to all issues in this case.

Signature of the Plaintiff:

Date:

28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

(2)
If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on 10/4/2021.
(Signature)"