United States District Court
Southern District of Texas
FILED

OCT 25 2023

Nathan Ochsner, Clerk

# United States District Court

## For the

## Southern District of Texas

## Civil Division

| | |
|---|---|
| Eaz Chay Jr | Case No. 7:23-cv-00206 |
| Plaintiff(s) | |
| -v- | District Judge Drew B. Tipton |
| | Magistrate Judge Nadia A. Medrano |
| Officer Jose Montiel #9370 | |
| Officer Edgar Hernandez # 9012 | |
| Defendant(s) | |

## DEFAULT OF JUDGEMENT

The defendant(s), Officer Jose A. Montiel # 9370 and Officer Edgar Hernandez # 9012 official/individual capacity and others have fail to appear, plead or otherwise defend in this action, and default been entered _____ 10/10/2023 _____, and counsel for the plaintiff Mr. Eaz Chay Jr. having requested judgement against the defaulted defendant(s) and having filed a proper motion and affidavit (declaration) in accordance with Federal Rule of Civil Procedures 55 (a) (b);

Judgement is hereby entered in favor of plaintiff Mr. Eaz Chay Jr. And against the defendant(s), as follows: Any amount relief dollar of damages, Punitive damages, Compensatory damages Special damages, and other reliefs and amounts according to the Federal Rules of Civil Procedures Rule 54 (a)(b)(c)(d)(1)(2), Rule 55 (b)(2) and Title 18 U.S.C 1964(c) additionally relief is sought,

1

such as restraining, injunction, declaratory relief and appropriate attorney fees under 42 U.S.C. 1988 (b)

The plaintiff Mr. Eaz Chay Jr. Is requesting and moving this court for a hearing relating to the damages and to prove the allegation in the [FIRST AMENDED COMPLAINT] and [PLAINTIFF-INTERVENOR UNITED STATE'S MOTION TO INTERVINE].

Wherefore, the undersigned petitioner Mr. Eaz Chay Jr., now prays for this [MOTION FOR DEFAUL JUDGEMENT] be granted to further decide supplementary matters, and for all other relief just and proper in the premises.

Respectfully Summitted;

_____
Eaz Chay Jr.

VERIFICATION

Mr. Eaz Chay Jr. hereby declares, verify, certify and states, pursuant to the penalties of perjury under the laws of the United States, and by the provisions of 28 U.S.C. 1746, that the above and foregoing representation are true and correct to the best of his knowledge, information, and belief

Executed in the City of Pharr, Texas, this ___24th___ day of October 2023.

_____
Eaz Chay Jr.

2

# United States District Court

# For the

# Southern District of Texas

# Civil Division

|  |  |
|---|---|
| Eaz Chay Jr | Case No. 7:23-cv-00206 |
| Plaintiff(s) |  |
| -v- | District Judge Drew B. Tipton |
|  | Magistrate Judge Nadia A. Medrano |
| Officer Jose Montiel #9370 |  |
| Officer Edgar Hernandez # 9012 |  |
| Defendant(s) |  |

## ORDER

Pending before the court is this [**MOTION FOR ENTRY FOR DEFAULT JUDGEMENT**] and [**MOTION FOR DEFAUL JUDGEMENT**]. After reviewing the Motion, responses, the records and the applicable laws, the Court is of the opinion that it should be_____.

It is SO ORDERED.

Sigh this _____ of _____, 2023

| Nadia A. Medrano | Drew B. Tipton |
| **UNITED STATES MAGISTRATE JUDGE** | **UNITED STATES DISTRICT JUDGE** |

## CERTIFICATE OF SERVICE

On Date ___10/24/2023___ I filed a [**MOTION FOR DEFAULT JUDGEMENT**] with the court for the United States District of Texas. I certify that I have served the documents counsel and /or pro se parties of records by a manner authorized by Federal Rules of Civil Procedures 5 (b)(2).

Eaz Chay Jr

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (McAllen)
# CIVIL DOCKET FOR CASE #: 7:23-cv-00206
# Internal Use Only

Chay Jr v. Montiel et al
Assigned to: Judge Drew B Tipton
Referred to: Magistrate Judge Nadia S Medrano
Cause: 28:1983 Civil Rights

Date Filed: 06/26/2023
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

## Plaintiff

**Eaz Chay Jr**          represented by **Eaz Chay Jr**
707 W. Starr Ave
Pharr, TX 78577
956-510-6732
PRO SE

V.

## Defendant

**Jose A. Montiel**
*#9370, individual and official capacity*

## Defendant

**Edgar Hernandez**
*# 9012, individual and official capacity*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2023 | 1 | COMPLAINT against Edgar Hernandez, Jose A. Montiel filed by Eaz Chay Jr. (Attachments: # 1 Civil Cover Sheet)(JenniferNogueira, 7) (Entered: 06/26/2023) |
| 06/26/2023 | 2 | Summons Request by Eaz Chay Jr, filed.(JenniferNogueira, 7) (Entered: 06/26/2023) |
| 06/26/2023 | | Filing fee: $402 re: 1 Complaint, receipt number 700000056, filed. (JenniferNogueira, 7) (Entered: 06/26/2023) |
| 06/26/2023 | 3 | Summons Issued as to Edgar Hernandez, Jose A. Montiel. Issued summons delivered to plaintiff in person, filed.(JenniferNogueira, 7) (Entered: 06/26/2023) |
| 06/28/2023 | 4 | ORDER OF REFERENCE to Magistrate Judge Nadia S Medrano(Signed by Judge Drew B Tipton) Parties notified.(KelliePapaioannou, 2)(Entered: 06/28/2023) |
| 09/18/2023 | 5 | RETURN of Service of SUMMONS Executed as to Edgar Hernandez served on 9/9/2023, answer due 10/2/2023; Jose A. Montiel served on 9/9/2023, answer due 10/2/2023, filed. (Attachments: # 1 Envelope) (JenniferNogueira, 7) (Entered: 09/18/2023) |
| 09/19/2023 | 6 | RETURN of Service of SUMMONS Executed as to Jose A. Montiel served on 9/9/2023 answer due 10/2/2023, filed. (AaronJackson, 4) (Entered: 09/20/2023) |
| 09/19/2023 | 7 | RETURN of Service SUMMONS Executed as to Edgar Hernandez served on 9/9/2023, answer due 10/2/2023, filed. (AaronJackson, 4) (Entered: 09/20/2023) |
| 09/22/2023 | 8 | MOTION to Intervene Motions referred to Nadia S Medrano. by Eaz Chay Jr, filed. Motion Docket Date 10/13/2023.(Attachments: # 1 Proposed Order, # 2 Exhibit)(KarenLLopez, 7) (Entered: 09/22/2023) |
| 09/22/2023 | 9 | NOTICE OF CONSTITUTIONAL QUESTION TO FEDERAL STATUTE by Eaz Chay Jr, filed. (Attachments: # 1 Proposed Order, # 2 Exhibit)(KarenLLopez, 7) (Entered: 09/22/2023) |
| 09/29/2023 | 10 | CERTIFICATE OF SERVICE by Eaz Chay Jr, filed.(JenniferNogueira, 7) (Entered: 09/29/2023) |
| 10/04/2023 | 11 | AMENDED COMPLAINT against All Defendants filed by Eaz Chay Jr. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(KarenLLopez, 7) (Entered: 10/04/2023) |

| | | |
|---|---|---|
| 10/04/2023 | 12 | Request for Issuance of Summons by Eaz Chay Jr, filed.(KarenLLopez, 7) (Entered: 10/04/2023) |
| 10/04/2023 | 13 | Summons Issued as to All Defendants. Issued summons delivered to plaintiff in person, filed.(KarenLLopez, 7) (Entered: 10/04/2023) |
| 10/10/2023 | 14 | CERTIFICATE OF SERVICE by Eaz Chay Jr, filed.(JenniferNogueira, 7) (Entered: 10/10/2023) |
| 10/10/2023 | 15 | MOTION for Entry of Default against All Defendants Motions referred to Nadia S Medrano. by Eaz Chay Jr, filed. Motion Docket Date 10/31/2023. (Attachments: # 1 Affidavit, # 2 Exhibit)(KarenLLopez, 7) (Entered: 10/10/2023) |

## USPS Certified Mail Receipt

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Only*

Pharr, TX 78577

| | |
|---|---|
| Certified Mail Fee $4.35 | 0048 1 |
| Extra Services & Fees | |
| ☐ Return Receipt (hardcopy) $____ $0.00 | |
| ☐ Return Receipt (electronic) $____ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $____ $0.00 | |
| ☐ Adult Signature Required $____ $0.00 | |
| ☐ Adult Signature Restricted Delivery $____ | |
| Postage $2.07 | |
| Total Postage and Fees $19.97 | 10/12/2023 |

Sent To: Dr. F. Gonzalez (JR Police-#1371)
Street and Apt. No., or PO Box No.: 1900 S. Cage Blvd.
City, State, ZIP+4: Pharr, TX 78577

7022 3330 0001 6665 7926

PS Form 3800, April 20__

## USPS Receipt

**UNITED STATES POSTAL SERVICE**

MCALLEN
620 E PECAN BLVD
MCALLEN, TX 78501-9998
(800)275-8777

10-12-2023                                  06:25 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $2.07 |
| Pharr, TX 78577 | | | |
| Weight: 0 lb 4.00 oz | | | |
| Estimated Delivery Date | | | |
| Mon 10/16/2023 | | | |
| Certified Mail® | | | $4.35 |
| Tracking #: 70223330000166657926 | | | |
| Return Receipt | | | $3.95 |
| Tracking #: 9590 9402 6033 0069 5652 10 | | | |
| Total | | | $9.97 |

| First-Class Mail® Large Envelope | 1 | | $2.07 |
|---|---|---|---|
| Pharr, TX 78577 | | | |
| Weight: 0 lb 4.00 oz | | | |
| Estimated Delivery Date | | | |
| Mon 10/16/2023 | | | |
| Certified Mail® | | | $4.35 |
| Tracking #: 9589 0710 5270 1060 9699 21 | | | |
| Return Receipt | | | $3.95 |
| Tracking #: 9590 9402 7973 2305 1527 41 | | | |
| Total | | | $9.97 |

**Grand Total:** $19.94

## Return Receipt (PS Form 3811)

**SENDER: COMPLETE THIS SECTION**

☒ Complete items 1, 2, and 3.
☒ Print your name and address on the reverse so that we can return the card to you.
☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Pharr, Texas
Chief of Police
Juan F. Gonzalez
1900 S. Cage Blvd.
Pharr, Texas 78577
(-TSPC per Jose A. Montiel) +9370)

9590 9402 6033 0069 5652 10

2. Article Number (Transfer from service label)
7022 3330 0001 6665 7926

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Celina Pedroza
C. Date of Delivery: 10/[?]

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

PS Form 3811, July 2015 PSN 7530-02-000-9053

\\\ Motion For Entry Default Judgmnt.
\\\ Affidavid in support of motion For en

## CERTIFICATE OF SERVICE

On Date __10/9/2023__ I file a [ MOTION FOR ENTRY OF DEFAULT JUDGEMENT] and [ AFFIDAVID OF SUPPORT OF MOTION OF ENTRY'S OF DEFAULT OF JUDGEMENT] with the court for the U.S. District for the Souther Division of Texas. I certify that I have served the documents counsel and/or pro se parties of the record by a manner authorized by the Federal Rules of Civil Procedures 5 (b)(2)

_____
Signature

Sac Chy Jr

Officer Jose A Montrel
#9376

3



```
                                    UNITED STATES
                                    POSTAL SERVICE

                                       MCALLEN
                                   620 E PECAN BLVD
                                  MCALLEN, TX 78501-9998
                                     (800)275-8777
                                                        08:25 PM
    10/12/2023

                                           Unit      Price
    Product              Qty             Price

                                                        $2.07
    First-Class Mail®       1
    Large Envelope
        Pharr, TX 78577
        Weight: 0 lb 4.60 oz
        Estimated Delivery Date
            Mon 10/16/2023
    Certified Mail®                                     $4.35
        Tracking #:
            70223030000051655976
    Return Receipt                                      $3.55
        Tracking #:
            9590 9402 6003 7889 5642 10
    Total                                               $9.97

    First-Class Mail®       1                           $2.07
    Large Envelope
        Pharr, TX 78577
        Weight: 0 lb 4.00 oz
        Estimated Delivery Date
            Mon 10/16/2023
    Certified Mail®                                     $4.35
        Tracking #:
            9589 0710 5270 1040 9695 21
    Return Receipt                                      $3.55
        Tracking #:
            9590 9402 7993 2305 1527 41
    Total                                               $9.97

    Grand Total:                                       $19.94
```

**SENDER: COMPLETE THIS SECTION**

☒ Complete items 1, 2, and 3.
☒ Print your name and address on the reverse so that we can return the card to you.
☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Pharr, Texas
   Chief of Police
   Juan F. Gonzalez
   1900 S. Cage Blvd.
   Pharr, Texas 78577

   9590 9402 7993 2305 1527 41

2. Article Number (Transfer from service label)
   9589 0710 5270 1040 9695 21

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## CERTIFICATE OF SERVICE

On Date  10/9/2023  I file a [ **MOTION FOR ENTRY OF DEFAULT JUDGEMENT**] and [ **AFFIDAVID OF SUPPORT OF MOTION OF ENTRY'S OF DEFAULT OF JUDGEMENT**] with the court for the U.S. District for the Souther Division of Texas. I certify that I have served the documents counsel and/or pro se parties of the record by a manner authorized by the Federal Rules of Civil Procedures 5 (b)(2)

_____
Signature

Officer Edgar Hernandez
# 9112



```
                            MCALLEN
                        620 E PECAN BLVD
                     MCALLEN, TX 78501-9998
                          (800)275-8777
10/20/2023                                      06:18 PM
                                      
Product                    Qty    Unit       Price
                                  Price

First-Class Mail®           1                 $0.66
Letter
    McAllen, TX 78501
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
        Mon 10/23/2023
    Certified Mail®                           $4.35
        Tracking #:
            70223330000166705139
    Return Receipt                            $3.55
        Tracking #:
            9590 9402 7993 2305 1530 38
Total                                         $8.56


Grand Total:                                  $8.56

Debit Card Remit                              $8.56
    Card Name: VISA
    Account #: XXXXXXXXXXXX6767
    Approval #: 958347
    Transaction #: 340
    Receipt #: 060243
    Debit Card Purchase: $8.56
    AID: A0000000980840            Chip
    AL: US DEBIT
    PIN: Verified
```



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   US District Clerk
   1701 US-BUS #1011,
   McAllen, Texas 78501

9590 9402 7993 2305 1530 38

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Sandra Silva    ☐ Agent   ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   Sandra Silva                   10/23/2-

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt