United States District Court
Southern District of Texas
**ENTERED**
September 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| EAZ CHAY, JR., § § Plaintiff, § § v. § § JOSE A. MONTIEL; § EDGAR HERNANDEZ; § CITY OF PHARR POLICE § DEPARTMENT; § HIDALGO COUNTY, TEXAS; AND § UTB/TSC, § § Defendants. § | Civil Action No. 7:23-CV-00206 |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the August 5, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Nadia S. Medrano. (Dkt. No. 113). Judge Medrano made findings and conclusions and recommended that Defendants' Motions for Summary Judgment, (Dkt. Nos. 72, 73, 74), be denied, (Dkt. No. 113).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court.

It is therefore ordered that:

(1) Judge Medrano's M&R, (Dkt. No. 113), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants' Motions for Summary Judgment, (Dkt. Nos. 72, 73, 74), are **DENIED**.

It is SO ORDERED.

Signed on September 12, 2025.

*Drew B Tipton*
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**